IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00931-MSK-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

POWANCO, INC., a Colorado corporation, d/b/a Tasteof Thailand,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave of the Court ot Amend the Complaint and to Add JPE, LLC as a Defendant, and Incorporated Memorandum of Law** [docket no. 21, filed September 12, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint.

DATED:  September 13, 2012