IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00931-MSK-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

POWANCO, INC., a Colorado corporation, d/b/a Taste of Thailand, and
JPE, LLC, a Nevada limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave of the Court to File Reply to Defendant's Combined Response to Plaintiff's Motion to Compel Better Answers to Interrogatories and More Complete Production of Documents** [docket no. 39, filed October 18, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the plaintiff's Reply for filing.

DATED:  October 18, 2012