IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00931-MSK-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

POWANCO, INC., a Colorado corporation, d/b/a Taste of Thailand, and
JPE, LLC, a Nevada limited liability company,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave of the Court to File Reply to Defendant's Response to Plaintiff's Motion to Strike Answer to Amended Complaint** [docket no. 38, filed October 17, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the plaintiff's Reply for filing.

DATED:  October 18, 2012