IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-00931-MSK-BNB | Date: October 26, 2012 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| KRISTIN MCINTOSH **Plaintiff(s)** | Scott R. Dinin |
| v. | |
| POWANCO, INC JPE, LLC **Defendant(s)** | Gary M. Clexton |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:31 a.m.

Appearance of counsel.

Argument presented on [27] Plaintiff's Motion to Compel Better Answers to Plaintiff's First Set of Interrogatories by Defendant and Incorporated Memorandum of Law, [28] Plaintiff's Motion to Compel More Complete Production of Documents by Defendant and Incorporated Memorandum of Law, and [33] Plaintiff's Motion to Strike Defendant Powanco's Answer to Amended Complaint and Incorporated Memorandum of Law.

**ORDERED:** **[27] Plaintiff's Motion to Compel Better Answers to Plaintiff's First Set of Interrogatories by Defendant and Incorporated Memorandum of Law is GRANTED as to number one (1), GRANTED IN PART only to renovations as to number five (5), and DENIED in all other respects.**

**[28] Plaintiff's Motion to Compel More Complete Production of Documents by Defendant and Incorporated Memorandum of Law is GRANTED in PART as to non-confidential materials and DENIED in all other respects.**

**Defendant is to file a Motion for Protective Order, if any, on or before 11/9/12.**

**[33] Plaintiff's Motion to Strike Defendant Powanco's Answer to Amended Complaint and Incorporated Memorandum of Law is DENIED.**

Court in Recess: 9:06 a.m.     Hearing concluded.     Total time in Court: 00:35

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119