IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00931-MSK-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

POWANCO, INC., a Colorado corporation, d/b/a Taste of Thailand, and
JPE, LLC, a Nevada limited liability company,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendant JPE, LLC's Unopposed Motion to Modify Scheduling Order** [Doc. # 57, filed 12/3/2012] (the "Motion for Extension"), which is GRANTED as specified.

JPE was added to the case by an amendment allowed on September 13, 2012, six months after the case originated and six weeks after the scheduling conference.  Consequently, I find that good cause exists to extend the pretrial deadlines and that exceptional circumstances exist to extend the dispositive motions deadline by more than 30 days.

IT IS ORDERED:

(1)  The Motion for Extension [Doc. # 57] is GRANTED as specified; and

(2)  The case schedule is modified to the following extent:

Discovery Cut-Off:            May 7, 2013

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

      Dispositive Motions Deadline:    June 10, 2013

      Defendants shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 3, 2013

Dated December 10, 2012.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge